JOSEPH RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-6809
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 3-09-70052 EDL |
| ) | |
|    Plaintiff, ) | |
| ) | [~~PROPOSED~~] ORDER AND |
|   v. ) | STIPULATION TO EXCLUDE TIME |
| ) | FROM JANUARY 29, 2009 TO |
| FRANCISCO RUIZ SORIA, ) | FEBRUARY 10, 2009 |
|    a/k/a Domingo Zepeda, ) | |
| ) | |
|    Defendant. ) | |

    On January 29, 2009, the parties in this case appeared before the Honorable Elizabeth D. Laporte for a detention hearing. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculation and extended under Rule 5.1 of the Federal Rules of Criminal Procedure from January 29, 2009, to February 10, 2009 to allow effective preparation of defense counsel. Counsel for defendant is reviewing the evidence to determine whether a pre-charge disposition is appropriate. Only after evaluating the evidence will counsel be in a position to evaluate what disposition is an appropriate one. Moreover, defense counsel also requires time to review discovery with his client. The parties represented that granting the

~~PROPOSED~~ ORDER AND STIP.
CR 3-09-70052 EDL

1  exclusion was reasonable, taking into account the exercise of due diligence.  See 18 U.S.C. §
2  3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting such a
3  continuance outweighed the best interests of the public and the defendant in a speedy trial.  See
4  18 U.S.C. § 3161(h)(8)(A).

5      IT IS SO STIPULATED.

6
   DATED: 2/2/09                              /s/
7                                             RON TYLER
                                              Counsel for Defendant
8

9
   DATED:2/2/09                               /s/
10                                            WENDY THOMAS
                                              Special Assistant United States Attorney
11

12     IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act and extended
13  under Rule 5.1 of the Federal Rules of Criminal Procedure from January 29, 2009, to February
14  10, 2009, under 18 U.S.C. § 3161(h)(8)(A) and 18 U.S.C. § 3161(h)(8)(B)(iv) and F.R.C.P. 5.1.

15
       IT IS SO ORDERED.
16

17
   DATED:__2/9/09_____
18                                            THE HON. _____
                                              United States Magistrate Judge
19

20                                            IT IS SO ORDERED
                                              Judge Elizabeth D. Laporte
21

...

28
   ~~PROPOSED~~ ORDER AND STIP.
   CR 3-09-70052 EDL

                        2